Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.242.42.53,<br><br>　　　　　　Defendant. | Case Number: 3:20-cv-02116-TWR-BGS<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

　　　PLEASE TAKE NOTICE, pursuant to CIVLR 40.2 and Fed. R. Civ. P. 7.1, Plaintiff's parent corporation is General Media Systems, LLC. There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

　　　DATED this 28th day of October, 2020.

　　　　　　　　　　　　　　**Law Offices of Lincoln Bandlow, P.C.**

　　　　　　　　　　　　　　*s/ Lincoln D. Bandlow*
　　　　　　　　　　　　　　Lincoln D. Bandlow
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　Strike 3 Holdings, LLC